# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **NEKYLE CHANEY,** | § |
| **Plaintiff,** | § |
| v. | § Case No. 5:22-cv-777-LCB-GMB |
| **WARDEN KELLY ALLEN,** | § |
| **Defendant.** | § |

## ORDER

The Magistrate Judge entered a Report and Recommendation (Doc. 3) on October 28, 2022. No objections have been filed.

After careful consideration of the record in this case, the applicable law, and the Magistrate Judge's findings, the Court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent therewith, the Court **DISMISSES** the petition for a writ of habeas corpus (Doc. 1) without prejudice and **DENIES as MOOT** the *in forma pauperis* application (Doc. 2). The clerk of court is accordingly **DIRECTED** to close this case. Costs are taxed as paid.

**DONE and ORDERED** December 21, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE